# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

ANTHONY BURROUGHS

**WARRANT FOR ARREST**

Criminal Number: 3:06mj545-3

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY BURROUGHS and bring him forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with Conspiracy to Commit Mail Fraud,

in violation of Title 18, United States Code, Section 371.

_James C. Sumner_
Name of Issuing Officer

_U.S. Magistrate_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_4/19/06   Jackson, MS_
Date and Location

Bail fixed at $ _____

_JAMES C SUMNER_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _The Federal Court House in Jackson, MS_ |

| Date Received: April 19, 2006<br>Date of Arrest: May 1, 2006 | Name and Title of Arresting Officer<br>Dwayne Martin / Postal Inspector | Signature of Arresting Officer<br>_[signature]_ |
|---|---|---|